1  David Chiappetta, State Bar No. 172099
   *dchiappetta@perkinscoie.com*
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, California 94025
   Telephone: 650.838.4300
4  Facsimile: 650.838.4350

5

6  James McCullagh, *pro hac vice application to follow*
   *jmccullagh@perkinscoie.com*
7  Joseph Cutler, *pro hac vice application to follow*
   *jcutler@perkinscoie.com*
8  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
9  Seattle, Washington 98101
   Telephone: 206.359.8000
10 Facsimile: 206.359.9000

11 Attorneys for Plaintiff
      FACEBOOK, INC.
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SANFORD WALLACE, ADAM ARZOOMANIAN, and SCOTT SHAW, individuals, and DOES 1 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>　　　　　　　Defendants. | Case No. C-09-00798-JF<br><br>***EX PARTE* NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>_____ |

LEGAL15420836.2 　　　　-1-　　　　EX PARTE NOTICE OF MN AND MN FOR TRO
                                    Case No. C-09-00798-JF

**NOTICE OF MOTION AND MOTION**

TO: DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 65, that on February 25, 2009, or as soon thereafter as possible, Plaintiff Facebook, Inc. ("Facebook") will move, and hereby moves, *ex parte*, for a temporary restraining order against Sanford Wallace, Adam Arzoomanian and Scott Shaw (collectively "Defendants"), restraining and enjoining Defendants' ongoing and escalating phishing and spamming campaign against Facebook and its users. Specifically, Facebook moves to enjoin Defendants, and any of their directors, officers, agents, servants, employees, and persons and entities acting in concert with them, from engaging in the following conduct until the Court may consider Plaintiff's motion for preliminary injunction:

1. Initiating or procuring transmission of unsolicited commercial electronic messages on or through Facebook's computers, Facebook's website, Facebook's networks, or to Facebook users;
2. Accessing or attempting to access Facebook's website, networks, data, information, user information, profiles, computers, and/or computer systems;
3. Soliciting, requesting, or taking any action to induce Facebook users to provide identifying information or representing that such solicitation, request, or action is being done with Facebook's authorization or approval;
4. Retaining any copies, electronic or otherwise, of any Facebook information, including login information and/or passwords, obtained through illegitimate and/or unlawful actions;
5. Engaging in any activity that alters, damages, deletes, destroys, disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of Facebook's computers, computer system computer network, data, website, or services;
6. Engaging in any unlawful activities alleged in this complaint;

      7.     Entering or accessing the physical premises or facilities of Facebook or its counsel; or

      8.     Engaging in any activity that violates, and/or encourages, induces or facilitates violations of the Terms of Use attached as Exhibit A to the proposed order.

Facebook also requests that the Court schedule a preliminary injunction hearing at its earliest convenience.

This motion is based upon the grounds that Facebook has demonstrated a likelihood of success on the merits of its claims for violations of the Controlling the Assault on Non-Solicited Pronography and Marketing Act of 2003 ("CAN-SPAM"), 15 U.S.C. § 7701 *et seq.*, the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, California Penal Code § 502, and the California Anti-Phishing Act, California Business & Professions Code § 22948, et seq.; that Facebook is being irreparably harmed, and will continue to be irreparably harmed, if the requested temporary restraining order is not granted; and that the balance of hardships favors entry of the requested temporary restraining order.

This motion is based upon Facebook's Complaint, filed with the Court on February 24, 2009, this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in Support of this Motion, the supporting declarations of Leota Bates, Joseph Cutler and a Facebook Employee, the [Proposed] Temporary Restraining Order, the materials currently on file in this action, and such argument of counsel as the Court may request.

Dated: February 25, 2009                      **PERKINS COIE LLP**

                                                     By:   /s/
                                                                  David Chiappetta
                                                                  *Attorney for Plaintiff Facebook, Inc.*