David Chiappetta, State Bar No. 172099
dchiappetta@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California  94025
Telephone:  650.838.4300
Facsimile:  650.838.4350

James McCullagh, *pro hac vice*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>SANFORD WALLACE, ADAM ARZOOMANIAN, and SCOTT SHAW, individuals, and DOES 1 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>               Defendants. | Case No. C-09-00798-JF<br><br>**STIPULATED ORDER AND PERMANENT INJUNCTION** |

**WHEREAS** Facebook commenced this action seeking, among other things, a permanent injunction enjoining Defendants Sanford Wallace, Adam Arzoomanian and Scott Shaw (collectively "Defendants") and their officers, agents, servants, and employees, and those persons

acting in concert or participation with them from engaging in an unlawful spam campaign against Facebook users, unauthorized access to Facebook's network and Facebook user profiles, and from otherwise breaching Facebook's Terms of Use;

**WHEREAS** Defendant Scott Shaw and Facebook consent to the entry of a permanent injunction, the terms of which are set forth below**:**

1. Defendant Scott Shaw and all of his officers, agents, servants, employees and attorneys, and persons in active concert or participation with him who receive actual notice of this order are hereby enjoined from:

   a. Accessing or attempting to access any of Facebook's websites, networks, data, information, user information, profiles, computers, and/or computer systems;

   b. Soliciting, requesting, or taking any action to induce Facebook users to provide identifying information or representing that such solicitation, request, or action is being done with Facebook's authorization or approval;

   c. Retaining any copies, electronic or otherwise, of any Facebook information, including login information and/or passwords, obtained through illegitimate and/or unlawful actions;

   d. Engaging in any activity that alters, damages, deletes, destroys, disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of Facebook's computers, computer system computer network, data, website, or services;

   e. Entering or accessing the physical premises or facilities of Facebook or its counsel or contacting any Facebook employee;

   f. Using Facebook's computers, computer systems, computer networks or Facebook users' accounts, information or profiles to send, directly or indirectly, commercial emails, Wall post bulletins, or messages of any kind;

   g. Creating, maintaining or using a Facebook account or profile;

   h. Using any Facebook trademark or logo, or any design or feature that is intended to resemble a Facebook trademark or logo; and

        i.   Violating, or assisting or inducing others to violate, Facebook's Terms of Use.

    2.   This Stipulated Order and Permanent Injunction is final and may not be appealed by either party.

DATED this 18th day of March, 2009.

**PERKINS COIE LLP**

By: /s/ _____
    David Chiappetta

Attorneys for Plaintiff
FACEBOOK, INC

**SCOTT SHAW**

By /s/ _____
    Scott Shaw

I, David Chiappetta, hereby approve this document as to form and attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**PERKINS COIE LLP**

By: /s/ _____
David Chiappetta
Attorneys for Plaintiff
FACEBOOK, INC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2009    _____
                                                The Honorable Jeremy Fogel
                                                United States District Judge