1   David Chiappetta, State Bar No. 172099
    *dchiappetta@perkinscoie.com*
2   PERKINS COIE LLP
    101 Jefferson Drive
3   Menlo Park, California  94025
    Telephone:  650.838.4300
4   Facsimile:  650.838.4350

5   James McCullagh, *pro hac vice*
    *jmccullagh@perkinscoie.com*
6   Joseph Cutler, *pro hac vice*
    *jcutler@perkinscoie.com*
7   PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
8   Seattle, Washington  98101
    Telephone:  206.359.8000
9   Facsimile:  206.359.9000

10  Attorneys for Plaintiff
       FACEBOOK, INC.

11

12

13                   UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  FACEBOOK, INC., a Delaware            Case No. C-09-00798-JF
    corporation,
18                                        **STIPULATED ORDER AND PERMANENT**
                         Plaintiff,       **INJUNCTION**
19
          v.
20
    SANFORD WALLACE, ADAM
21  ARZOOMANIAN, and SCOTT SHAW,
    individuals, and DOES 1 through 25,
22  inclusive, individuals and/or business
    entities of unknown nature,
23
                         Defendants.
24

25

26       **WHEREAS** Facebook commenced this action seeking, among other things, a permanent

27  injunction enjoining Defendants Sanford Wallace, Adam Arzoomanian and Scott Shaw

28  (collectively "Defendants") and their officers, agents, servants, and employees, and those persons

1  acting in concert or participation with them from engaging in an unlawful spam campaign against

2  Facebook users, unauthorized access to Facebook's network and Facebook user profiles, and

3  from otherwise breaching Facebook's Terms of Use;

4      **WHEREAS** Defendant Scott Shaw and Facebook consent to the entry of a permanent

5  injunction, the terms of which are set forth below**:**

6      1.     Defendant Scott Shaw and all of his officers, agents, servants, employees and

7  attorneys, and persons in active concert or participation with him who receive actual notice of this

8  order are hereby enjoined from:

9         a.  Accessing or attempting to access any of Facebook's websites, networks, data,

10           information, user information, profiles, computers, and/or computer systems;

11         b.  Soliciting, requesting, or taking any action to induce Facebook users to provide

12           identifying information or representing that such solicitation, request, or action is

13           being done with Facebook's authorization or approval;

14         c.  Retaining any copies, electronic or otherwise, of any Facebook information,

15           including login information and/or passwords, obtained through illegitimate and/or

16           unlawful actions;

17         d.  Engaging in any activity that alters, damages, deletes, destroys, disrupts,

18           diminishes the quality of, interferes with the performance of, or impairs the

19           functionality of Facebook's computers, computer system computer network, data,

20           website, or services;

21         e.  Entering or accessing the physical premises or facilities of Facebook or its counsel

22           or contacting any Facebook employee;

23         f.  Using Facebook's computers, computer systems, computer networks or Facebook

24           users' accounts, information or profiles to send, directly or indirectly, commercial

25           emails, Wall post bulletins, or messages of any kind;

26         g.  Creating, maintaining or using a Facebook account or profile;

27         h.  Using any Facebook trademark or logo, or any design or feature that is intended to

28           resemble a Facebook trademark or logo; and

1          i.    Violating, or assisting or inducing others to violate, Facebook's Terms of Use.

2          2.    This Stipulated Order and Permanent Injunction is final and may not be appealed

3    by either party.

4    DATED this 18th day of March, 2009.

5

6    **PERKINS COIE** LLP                    **SCOTT SHAW**

7

8    By: /s/ _____          By /s/ _____
9         David Chiappetta                        Scott Shaw
     Attorneys for Plaintiff
10   FACEBOOK, INC

11        I, David Chiappetta, hereby approve this document as to form and attest, pursuant to N.D.
12
     Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained
13
     from each signatory hereto.
14
                                             **PERKINS COIE** LLP
15

16
                                             By:/s/ _____
17                                           David Chiappetta
                                             Attorneys for Plaintiff
18                                           FACEBOOK, INC

19

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22
     Dated:   3/23   _____, 2009      _____
23                                           The Honorable Jeremy Fogel
                                             United States District Judge
24

25

26

27

28