David Chiappetta, State Bar No. 172099
dchiappetta@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
   FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANFORD WALLACE, ADAM ARZOOMANIAN, and SCOTT SHAW, individuals; and DOES 1 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>Defendants. | Case No. C-09-00798-JF<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE UNDER SEAL CERTAIN PORTIONS OF DOCUMENTS FILED IN CONNECTION WITH PLAINTIFF FACEBOOK, INC.'S MOTION FOR CONTEMPT AND TO CLOSE THE COURTROOM DURING THE MOTION FOR CONTEMPT HEARING** |

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF**

TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Local Rules 7-11 and 79-5(c), Plaintiff Facebook, Inc. ("Facebook") respectfully requests that the Court order the Clerk of the Court to file under seal certain portions of the following confidential documents Facebook is lodging with the Court on May 15, 2009:

1. Plaintiff Facebook, Inc.'s Motion for Contempt;
2. Declaration of Joseph P. Cutler in Support of Facebook's Motion for Contempt; and
3. Declaration of Facebook Employee in Support of Facebook's Motion for Contempt.

Facebook also respectfully requests that the hearing on Facebook's Motion for Contempt be closed to the public.

Facebook seeks this motion for administrative relief on the grounds that the above-mentioned documents contain information relating to Facebook's confidential and proprietary network structure, defensive safety measures, methods for investigating a security breach, and the identity of Facebook personnel responsible for maintaining the security of the network and identifying perpetrators and other information that constitute Facebook's trade secrets.  Facebook treats all such information as confidential and would be irreparably harmed if such trade secret and/or confidential information is made available to the public.  Also, public release of this information could place the safety of Facebook's employees in jeopardy.  Pursuant to Local Rule 79-5(c), Facebook will lodge with the Clerk of the Court:  (1) two copies of the unredacted documents, with the sealable portions highlighted in yellow, one of which is to be delivered to Chambers, and (2) a redacted version of the documents that the Clerk may file in the public record upon order of the Court.

1   Dated: May 15, 2009                             **PERKINS COIE LLP**

2

3                                              By:  /s/
                                                    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                    David Chiappetta
4
                                                    *Attorneys for Plaintiff Facebook, Inc.*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                       NOTICE OF MOTION AND MOTION TO FILE
                                          UNDER SEAL & CLOSE COURTROOM
                                          C-09-00798-JF

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  INTRODUCTION**

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rules 7-11 and 79-5(c), Plaintiff Facebook, Inc. ("Facebook") respectfully makes this Administrative Request for an Order allowing Facebook to file under seal certain portions of the following confidential documents that Facebook is lodging with the Court on May 15, 2009:

1. Plaintiff Facebook, Inc.'s Motion for Contempt;
2. Declaration of Joseph P. Cutler in Support of Facebook's Motion for Contempt; and
3. Declaration of Facebook Employee in Support of Facebook's Motion for Contempt.

Facebook also respectfully requests that the hearing on Facebook's Motion for Contempt be closed to the public.

Good cause exists justifying the filing of portions of the above documents under seal because the requested relief is necessary and narrowly tailored to protect the confidentiality of not only Facebook's trade secrets and/or confidential competitive and business information, but also to protect the security of the Facebook network and Facebook's employees.  Accordingly, Facebook would be irreparably harmed if the identified information was made available to the public.  Pursuant to Local Rule 79-5, this request is supported by the declaration of Joseph P. Cutler and is accompanied by a proposed order.  *See* Declaration of Joseph P. Cutler in Support of Notice of Motion and Motion for Administrative Relief for Leave to File Under Seal Certain Portions of Documents Filed in Connection With Plaintiff Facebook, Inc.'s Motion for Contempt and to Close the Courtroom During the Hearing, and Proposed Order thereon.

Furthermore, in order to hold a hearing that includes open and frank discussion of the issues presented in Facebook's Motion for Contempt, the courtroom should be closed to the public.  The parties will inevitably discuss and recount facts and text contained within the sealed portions of the redacted documents, which would defeat the purpose of sealing them from public

inspection in the first place. This case has attracted the attention of the public media, who will likely attempt to attend the hearing and publish content from the proceedings therein.

## II.   ARGUMENT

Upon a showing of good cause, a court may make any order that justice requires to protect a party, including an order "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a designated way." Fed. R. Civ. P. 26(c)(7). In particular, a court may deny access to the public where documents could "become a vehicle for improper purposes." *Hagestad v. Tragesser*, 49 F.3d 1430, 1433-34 (9th Cir. 1995).

Good cause exists to protect Facebook's security, trade secret and/or confidential business and competitive information. Facebook's request for relief is narrowly tailored and the confidential information contained in these documents is highly susceptible to use for an improper purpose. Facebook seeks only to seal the portions of these documents that would reveal Facebook's confidential trade secrets regarding the structure of the Facebook network, Facebook's defensive safety measures, its methods for investigating a security breach, and the identity of Facebook personnel responsible for maintaining the security of the network and identifying perpetrators. The highly confidential information contained in the documents will also likely be discussed during the hearing on Facebook's Motion for Contempt.

If this information is made public, it may be abused by malicious hackers and other copycat spam-artists seeking to breach Facebook's security, or even by Facebook's competitors, thus causing irreparable harm to Facebook and the integrity of its network. Additionally, Facebook is concerned about the safety of its employees and wishes to protect the identity of its personnel in charge of security.

## III.   CONCLUSION

For the reasons set forth above, good cause exists to (1) file under seal the identified portions of the above-referenced documents, which relate to Facebook's confidential, commercially sensitive, proprietary trade secret information, including Facebook's carefully guarded security information, and (2) to close the hearing on Facebook's Motion for Contempt to the extent that it will require the disclosure of such confidential and sensitive information.

Accordingly, Facebook respectfully requests that the Court grant its administrative request in the form of the Proposed Order filed herewith.

Dated: May 15, 2009

**PERKINS COIE LLP**

By: /s/
David Chiappetta

*Attorneys for Plaintiff Facebook, Inc.*

LEGAL16169743.1

-5-

NOTICE OF MOTION AND MOTION TO FILE
UNDER SEAL & CLOSE COURTROOM
C-09-00798-JF