David Chiappetta, State Bar No. 172099
dchiappetta@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California  94025
Telephone:  650.838.4300
Facsimile:  650.838.4350

James McCullagh, *pro hac vice*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff
  FACEBOOK, INC.

**E-Filed 5/21/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>SANFORD WALLACE, ADAM ARZOOMANIAN, and SCOTT SHAW, individuals; and DOES 1 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>                    Defendants. | Case No. C-09-00798-JF<br><br>[PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME FOR A HEARING ON PLAINTIFF FACEBOOK, INC.'S MOTION FOR CONTEMPT<br><br>**Original Hearing Date:** June 19, 2009<br>**Original Hearing Time:** 9:00 am<br>**Crtm:** Courtroom 3, Fifth Floor<br>**Judge:** Hon. Jeremy Fogel |

1  Upon considering the Motion by Facebook, Inc. for an order Shortening Time for hearing
2  PLAINTIFF FACEBOOK, INC.'S MOTION FOR CONTEMPT, the Court having considered the
3  moving papers, files in the record, and good cause having been shown:
4  IT IS HEREBY ORDERED that Facebook's motion to shorten time is granted.  The
5  hearing for the Motion will occur on June 12, 2009 at 9:00AM.  Defendant Wallace's Opposition
6  Brief, if any, shall be filed and served no later than ~~June~~ May 29, 2009.  Plaintiff's Reply Brief, if any,
7  shall be filed and served no later than ~~July~~ June 5, 2009.

8
9  Dated:  May 21 , 2009   _____
10                         The Honorable Jeremy Fogel
                           United States District Judge
11                         Northern District of California
12
13  Presented by:
14  **PERKINS COIE LLP**
15
16  By /s/_____
        David Chiappetta
17  *Attorneys for Plaintiff Facebook, Inc.*
18
    LEGAL16171530.1
19
20
...
28

-1-   [PROPOSED] ORDER TO SHORTEN TIME
      C-09-00798-JF