David Chiappetta, State Bar No. 172099
*dchiappetta@perkinscoie.com*
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice to follow*
*jmccullagh@perkinscoie.com*
Joseph Cutler, *pro hac vice*
*jcutler@perkinscoie.com*
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FACEBOOK, INC., a Delaware corporation,

Plaintiff,

v.

SANFORD WALLACE, ADAM ARZOOMANIAN, and SCOTT SHAW, individuals; and DOES 1 through 25, inclusive, individuals and/or business entities of unknown nature,

Defendants.

Case No. C-09-00798-JF

**STIPULATED ORDER EXTENDING DEADLINE TO FILE OPPOSITION BRIEF TO PLAINTIFF FACEBOOK'S MOTION FOR CONTEMPT**

Plaintiff Facebook, Inc., a Delaware Corporation ("Facebook") and defendant Sanford Wallace, an individual ("Wallace"), hereby stipulate as follows:

1. Facebook filed its Motion for Contempt with the Court on Tuesday, May 15, 2009.

2. On May 21, 2009, the Court entered an Order Granting [Facebook's] Motion to Shorten Time for a Hearing on Plaintiff Facebook Inc.'s Motion for Contempt, and reset the hearing date for said motion from June 19, 2009 to June 12, 2009, which is the same day that the Court will hear Facebook's Application for Default Judgment.

3. Defendant Wallace contacted the undersigned counsel for Facebook to indicate his intention to respond to Facebook's motion, and requested an extension of time to file his opposition brief.

4. Facebook has agreed to Wallace's request and offered him a four-day extension on his deadline to file an opposition brief, provided that the hearing date for the Court's consideration of the motion is not delayed.

5. Upon approval of this Court, Defendant Wallace shall have until Tuesday, June 2, 2009 to file a brief in opposition to plaintiff's Motion for Contempt.

6. Upon approval of this Court, Facebook's reply brief will remain due on Friday, June 5, 2009 and the date for the hearing to consider Facebook's Motion for Contempt will remain Friday, June 12, 2009 at 9:00 a.m.

**SO STIPULATED**

Dated: May 28, 2009

**PERKINS COIE LLP**

By: /s/
Joseph P. Cutler

*Attorneys for Plaintiff Facebook, Inc.*

Dated: May 28, 2009

By: /s/
Sanford Wallace

*Defendant Sanford Wallace, an individual*

I, Joseph P. Cutler, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 28, 2009

**PERKINS COIE LLP**

By: /s/
Joseph P. Cutler

*Attorneys for Plaintiff Facebook, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: PGSRGAR ____________, 2009

The Honorable Jeremy Fogel
United States District Judge
Northern District of California