UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing,  June 12, 2009        Time: 4 mins
**Case Number:** CV-09-798-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:            FACEBOOK, INC.   V.  SANFORD WALLACE, ET AL

            PLAINTIFF                            DEFENDANT


  Attorneys Present:  David Chiappetta, Joseph Cutler   Attorneys Present: Sanford Wallace, pro se


PROCEEDINGS:
    Hearing on Motion for Default Judgment and Motion for Contempt Sanctions held.  Parties are present.  The case is referred to the United States Attorney for prosecution of criminal contempt.