**E-Filed 7/7/2009**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK INC., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>SANFORD WALLACE, ADAM ARZOOMANIAN, and SCOTT SHAW, individuals; and DOES 1 through 25, inclusive, individuals, and/or business entities of unknown nature,<br><br>Defendant. | Case Number C-09-00798 JF(RS)<br><br>ORDER[1] STAYING ACTION AND TERMINATING WITHOUT PREJUDICE MOTIONS FOR DEFAULT JUDGMENT AND CRIMINAL CONTEMPT<br><br>[Docket Nos. 65, 70] |

    Because Defendant Sanford Wallace ("Wallace") has filed a bankruptcy petition in the United States Bankruptcy Court for the District of Nevada, *See In re Wallace*, Case No. 09-19921-BAM, the instant action is subject to the automatic bankruptcy stay. *See* 11 U.S.C. § 362(a). Accordingly, Plaintiff Facebook's motion for default judgment is terminated without prejudice. The motion may be re-noticed if and when the bankruptcy stay is lifted.

    The motion for criminal contempt is not subject to the stay, as 11 U.S.C. § 362(b)(1)

---

[1] This disposition is not designated for publication in the official reports.

Case Number C-09-00798 JF(RS)
ORDER STAYING ACTION AND TERMINATING WITHOUT PREJUDICE MOTIONS FORDEFAULT JUDGMENT AND CRIMINAL CONTEMPT
(JFEx1)

1  provides an exception to the stay for "the commencement or continuation of a criminal action or
2  proceeding against the debtor." However, because the Court has referred this matter to the
3  United States Attorney's Office with a request that Wallace be prosecuted for criminal contempt,
4  Facebook's criminal contempt motion also is terminated without prejudice.
5      IT IS SO ORDERED.

7  DATED: July 6, 2009

                                              _____
                                              JEREMY FOGEL
                                              United States District Judge

Case Number C-09-00798 JF(RS)
ORDER STAYING ACTION AND TERMINATING WITHOUT PREJUDICE MOTIONS FOR DEFAULT
JUDGMENT AND CRIMINAL CONTEMPT
(JFEx1)

Copies of this Order have been served upon the following persons:

David P. Chiappetta     dchiappetta@perkinscoie.com

James Robert McCullagh     jmccullagh@perkinscoie.com

Joseph Perry Cutler     JCutler@perkinscoie.com

Sanford Wallace     djmasterweb@gmail.com

Scott Shaw     shawlv@cox.net

Case Number C-09-00798 JF(RS)
ORDER STAYING ACTION AND TERMINATING WITHOUT PREJUDICE MOTIONS FOR DEFAULT JUDGMENT AND CRIMINAL CONTEMPT
(JFEx1)