David Chiappetta, State Bar No. 172099
dchiappetta@perkinscoie.com
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: 650.838.4300
Facsimile: 650.838.4350

James McCullagh, *pro hac vice*
jmccullagh@perkinscoie.com
Joseph Cutler, *pro hac vice*
jcutler@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SANFORD WALLACE, ADAM ARZOOMANIAN, and SCOTT SHAW, individuals; and DOES 1 through 25, inclusive, individuals and/or business entities of unknown nature,<br><br>        Defendants. | Case No. C-09-00798-JF<br><br>**STATUS REPORT AND NOTICE OF BANKRUPTCY DISMISSAL** |

Facebook, Inc. ("Facebook") hereby advises the Court that on July 29, 2009, the United States Bankruptcy Court for the District of Nevada has dismissed the bankruptcy petition filed by defendant Sanford Wallace ("Wallace"). *See In re Wallace*, Case No. 09-19921-BAM in the

United States Bankruptcy Court for the District of Nevada, Docket Entries 13 and 14, copies of which are attached to this status report as Exhibits A and B.

Wallace's Bankruptcy petition was dismissed as a result of his failure to properly complete his petition. *See* Exhibit A. Wallace was given an opportunity to cure the deficiencies in his original petition by June 26, 2009, which he failed to do. Likewise, Wallace was notified of his responsibility to submit required schedules prior to the meeting of creditors, which he also failed to do. The Bankruptcy Court's Notice of Dismissal provides that all pending hearings in the case are vacated. *See* Exhibit B.

Because there is no pending bankruptcy action, the stay of this litigation resulting from Wallace's filing for bankruptcy is no longer in effect. 11 U.S.C. § 362(c)(2)(B). Furthermore, Debtors, such as Wallace, whose cases are dismissed for willful failure to properly prosecute their case may not refile any bankruptcy petition for 180 days after dismissal:

> Notwithstanding any other provision of this section, no individual or family farmer may be a debtor under this title who has been a debtor in a case pending under this title at any time in the preceding 180 days if—
>
> > (1) the case was dismissed by the court for willful failure of the debtor to abide by orders of the court, or to appear before the court in proper prosecution of the case;

11 U.S.C. § 109(g).

Facebook will separately re-notice its Application for Default Judgment against Sanford Wallace.

Dated: August 4, 2009

PERKINS COIE LLP

By: /s/
Joseph P. Cutler
WA State Bar No. (37234)
jcutler@perkinscoie.com

*Attorneys for Plaintiff Facebook, Inc.*

**Entered on Docket**
**July 29, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

LENARD E. SCHWARTZER
2850 South Jones Blvd, Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 09-19921 BAM |
| WALLACE, SANFORD ADAM | IN PROCEEDINGS UNDER CHAPTER 7 |
| | ORDER CONFIRMING AUTOMATIC DISMISSAL OF CHAPTER 7 CASE |
| Debtor(s) | (NO HEARING REQUIRED) |

The Request of Lenard E. Schwartzer (the "Trustee") having come before this Court and it appearing that the Debtor did not file his schedules within 45 days after the date of the filing of his petition, pursuant to Bankruptcy Code § 521(i), this case is dismissed as of the 46th day after the date of the filing of the petition.

Submitted by:

/s/ Lenard E. Schwartzer
_____
LENARD E. SCHWARTZER
Trustee

###

**EXHIBIT A**

# United States Bankruptcy Court
## District of Nevada

Case No. **09-19921-bam**
Chapter 7

In re: (Name of Debtor)
SANFORD ADAM WALLACE
6130 W FLAMINGO RD PMB 205
LAS VEGAS, NV 89103

Social Security No.:
xxx-xx-9011

## NOTICE OF DISMISSAL;
## NOTICE THAT ALL PENDING HEARINGS ARE VACATED

On 7/29/09, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings on fee applications for Chapter 13 cases, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 7/29/09                                BY THE COURT

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of the Bankruptcy Court

# EXHIBIT B