1  David Chiappetta, State Bar No. 172099
   *dchiappetta@perkinscoie.com*
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, California  94025
   Telephone:  650.838.4300
4  Facsimile:  650.838.4350

5  James McCullagh, *pro hac vice*                    **E-Filed 10/29/2009**
   *jmccullagh@perkinscoie.com*
6  Joseph Cutler, *pro hac vice*
   *jcutler@perkinscoie.com*
7  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
8  Seattle, Washington  98101
   Telephone:  206.359.8000
9  Facsimile:  206.359.9000

10 Attorneys for Plaintiff
     FACEBOOK, INC.
11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17 FACEBOOK, INC., a Delaware           Case No. C-09-00798-JF
   corporation,
18                                       **[PROPOSED] ORDER GRANTING
                    Plaintiff,           FACEBOOK, INC.'S APPLICATION FOR
19                                       DEFAULT JUDGMENT AGAINST
            v.                           DEFENDANT SANFORD WALLACE**
20
   SANFORD WALLACE, ADAM
21 ARZOOMANIAN, and SCOTT SHAW,
   individuals; and DOES 1 through 25,
22 inclusive, individuals and/or business
   entities of unknown nature,
23
                    Defendants.
24

25      Plaintiff Facebook, Inc.'s ("Facebook") Application for Default Judgment Against

26 Defendant Sanford Wallace came before the Court on ___September 18, 2009___, in Courtroom 3,

27

28

1   the Honorable Jeremy Fogel presiding.  Having reviewed the moving and any opposing papers

2   and supporting declarations filed with the Court, and having heard the arguments of counsel,

3   **IT IS HEREBY ORDERED THAT:**

4   Default judgment is entered against Defendant Sanford as follows:

5   Statutory damages in the amount of $ 710,737,650 _____ against Sanford

6   Wallace for violations of the CAN-SPAM Act.

7   Aggravated statutory damages in the amount of $ 0 _____

8   against Sanford Wallace for aggravated violations of the CAN-SPAM Act.

9   Statutory damages in the amount of $ 500,000 _____ against Sanford

10  Wallace for violations of California Business and Professions Code § 22948.

11  Aggravated statutory damages in the amount of $ 0 _____

12  against Sanford Wallace for aggravated violations of California Business and Professions Code §

13  22948.

14  The Court PERMANENTLY ENJOINS Defendant Sanford Wallace and his agents,

15  servants, employees, attorneys, affiliates, distributors, successors and assigns, and any other

16  persons acting in concert or participation with them from:

17       a.     Accessing or attempting to access any of Facebook's website, networks,

18  data, information, user information, profiles, computers, and/or computer systems;

19       b.     Soliciting, requesting, or taking any action to induce Facebook users to

20  provide identifying information or representing that such solicitation, request, or action is being

21  done with Facebook's authorization or approval;

22       c.     Retaining any copies, electronic or otherwise, of any Facebook

23  information, including login information and/or passwords, obtained through illegitimate and/or

24  unlawful actions;

25       d.     Engaging in any activity that alters, damages, deletes, destroys, disrupts,

26  diminishes the quality of, interferes with the performance of, or impairs the functionality of

27  Facebook's computers, computer system, computer network, data, website, or services;

28

1    e.       Entering or accessing the physical premises or facilities of Facebook or its

2    counsel or contacting any Facebook employee;

3    f.       Using Facebook, including its computers, computer systems, computer

4    networks or Facebook users' accounts, information, or profiles to send, directly or indirectly,

5    commercial emails, Wall post bulletins, or messages of any kind;

6    g.       Creating, maintaining, or using a Facebook account or profile;

7    h.       Using any Facebook trademark or logo, or any design or feature that is

8    intended to resemble a Facebook trademark or logo; and

9    i.       Violating, or assisting or inducing others to violate, Facebook's Terms of

10   Use, Development Terms of Service, Facebook Code of Conduct, or Facebook's Statement of

11   Rights and Responsibilities.

12

13   **IT IS SO ORDERED**

14

15   Dated: _____October 29_____, 2009        _____

16                                                 The Honorable Jeremy Fogel
                                                   United States District Judge
17                                                 Northern District of California

18

19   Presented by:

20

21   **PERKINS COIE** LLP

22

23   By  __/s/_____
        David Chiappetta

24   Attorneys for Plaintiff *Facebook, Inc.*

25

26

27

28

-3-

60406-0005.0033/LEGAL15705340.2

[PROPOSED] ORDER GRANTING DEFAULT
JUDGMENT
Case No. C-09-00798-JF